# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00082-CV

**Wendy Rogers; Neil Gallagher; Ronald R. Coleman; Steve Feeken; Gallagher Financial Group, Inc.; Kip Hartman; Michael Eastham; Fellowship Financial, LLC; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; David A. Shields; Marco Lopez; Estate Protection Planning Corp.; Salvatore Magaraci; Milkie/Ferguson Investments, Inc.; Edward Milkie; and Manny Aizen, Appellants**

**v.**

**State of Texas; Eduardo Espinosa, Receiver of Retirement Value, LLC; and Donald R. Taylor, Receiver of Hill Country Funding, LLC, a Texas Limited Liability Company and Hill Country Funding, LLC, a Nevada Limited Liability Company, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GV-10-000454, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Two groups of appellants (1) Wendy Rogers; Kip Hartman; Michael Eastham; and Fellowship Financial, LLC and (2) Milkie/Ferguson Investments, Inc.; Edward Milkie; and Manny Aizen have notified this Court that they no longer wish to pursue this appeal and have filed unopposed motions to dismiss it. We grant the motions and dismiss the appeal as to Wendy Rogers; Kip Hartman; Michael Eastham; Fellowship Financial, LLC; Milkie/Ferguson Investments, Inc.; Edward Milkie; and Manny Aizen. *See* Tex. R. App. P. 42.1(a). This appeal will continue under the same cause number and is restyled as *Neil Gallagher; Ronald R. Coleman; Steve Feeken;*

*Gallagher Financial Group, Inc.; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; David A. Shields; Marco Lopez; Estate Protection Planning Corp.; and Salvatore Magaraci v. Eduardo Espinosa, Receiver of Retirement Value, LLC; and Donald R. Taylor, Receiver of Hill Country Funding, LLC, a Texas Limited Liability Company and Hill Country Funding, LLC, a Nevada Limited Liability Company*.

It is ordered on June 7, 2013.

Before Justices Puryear, Pemberton and Rose